| | |
|---|---|
| 1 | Stephine M. Wells   (State Bar No. 113148) |
|   | William R. Hopkins (State Bar No. 170122) |
| 2 | **WELLS & HOPKINS** |
|   | Attorneys at Law |
| 3 | 1628 Tiburon Avenue |
|   | Tiburon, CA 94920 |
| 4 | (415) 435-5507 |
|   | (415) 435-5597 (Fax |
| 5 | Attorneys for *Plaintiff* |
| 6 | Larry James Frierson , Esq.  (State Bar No. 43362) |
|   | 3265 Lake County Hwy |
| 7 | Calistoga, CA 94515 |
|   | Phone :  (707) 942-5801 |
| 8 | |
| 9 | Attorneys for *Defendants* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN FREDERIC GARMON, | ) | Case No.:  C 04-03772-WDB |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION BETWEEN COUNSEL** |
|  | ) | **TO CONTINUE DISCOVERY CUT-OFF** |
| vs. | ) | **IN THIS MATTER FROM OCTOBER 1,** |
|  | ) | **2005 UNTIL OCTOBER 7, 2005 AND** |
| PERALTA COMMUNITY COLLEGE | ) | **ORDER** |
| DISTRICT et al. | ) |  |
|  | ) | **TRIAL DATE: FEBRUARY 7, 2005** |
| Defendants. | ) |  |
|  | ) |  |

THE PARTIES HEREBY STIPULATE THAT DISCOVERY CUT-OFF should be extended from October 1, 2005 to October 7, 2005 if this Court so allows.  The purpose of this Stipulation is to allow the parties to complete depositions in this matter.  There has been scheduling difficulties that are now worked out.  Defendant will complete Plaintiff's deposition on October

---

1      STIPULATION TO CONTINUE DISCOVERY CUT-OFF BY SEVEN DAYS

US DIST CT CASE NO. C 04-03772-WDB

5, 2005 and Plaintiff will complete two depositions scheduled for September 2, 2005 on October 7, 2005.

Dated: September 2, 2005

Stephine M. Wells
Attorney for Plaintiff

Dated: September 2, 2005

Larry Frierson
Attorney for Defendant

**IT IS SO ORDERED**

Dated: 9-6-05

**HONORABLE JUDGE WAYNE D BRAZIL**