**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Frederic Garmon, | No. C 04-3772 WDB |
| Plaintiff, | ORDER DENYING DEFENDANTS' REQUEST FOR EXTENSION OF DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS |
| v. | |
| Peralta Community College District, et al., | |
| Defendant(s). | |

The Court has considered defendants' request, filed February 17, 2006, to extend the current deadline for the filing of dispositive motions (February 21, 2006). The Court hereby DENIES this request. Any potentially dispositive motions must be filed by February 21, 2006.

Any such motion filed on February 21, 2006, will be heard on the Court's calendar on **Monday, April 3, 2006, at 2:30 p.m.** Opposition(s) are due **March 13, 2006.** Replies are due **March 27, 2006.**

IT IS SO ORDERED.

Dated:   February 17, 2006            /s/  Wayne D. Brazil
                                      WAYNE D. BRAZIL
                                      United States Magistrate Judge

Copies to:
Parties, WDB stats

1