**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Frederic Garmon, | No. C 04-3772 WDB |
| Plaintiff, | **ORDER FOR CLARIFICATION BY DEFENDANTS RE CLAIM FOR FAILURE TO MITIGATE** |
| v. | |
| Peralta Community College District, et al., | |
| Defendant(s). | |

On April 20, 2006, defendants notified the Court that they intend to claim that plaintiff failed to use reasonable efforts to mitigate his damages.

The law recognizes a duty to mitigate with respect to <u>economic</u> losses.  We are not sure whether the law also recognizes a duty to mitigate with respect to non-economic harm such as <u>emotional distress</u>.

//
//
//
//
//
//
//

1

**By Tuesday, April 25, 2006, at <u>noon</u>,** defendants must file with the Court and deliver to chambers via facsimile a statement responding to the following:

1. Do defendants intend to argue that plaintiff failed to mitigate damages for <u>emotional distress</u>?
2. If defendants contend that the law recognizes a duty to mitigate with respect to emotional distress, defendants MUST cite legal authority that they assert supports their position.

**By Thursday, April 27, 2006, at <u>noon</u>**, plaintiff must file with the Court and deliver to chambers any submission it would like the Court to consider on this matter. IT IS SO ORDERED.

Dated:   April 21, 2006               /s/  Wayne D. Brazil
                                      WAYNE D. BRAZIL
                                      United States Magistrate Judge

Copies to:
Parties, WDB stats

2